```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAKE BLUMENCRANZ,

                Plaintiff,

-v-

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                Defendants.

25-cv-1787 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Any amendment to Plaintiff's complaint shall be filed no later than April 21, 2025.

Defendants' deadline to respond to the complaint is extended to the date set as the deadline for the filing of the opening motion for summary judgment in *Metro. Transp. Auth. v. Duffy*, No. 25 Civ. 1413 (S.D.N.Y).

SO ORDERED.

Dated: April 9, 2025
      New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge