**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ASSEMBLYMAN JAKE BLUMENCRANZ, in his official capacity as a member of the New York State Assembly,

Plaintiff,

-against-

GOVERNOR KATHY HOCHUL, in her official capacity as Governor of New York, et al.,

Defendants.

-----------------------------------------------------------------X

25 **CIVIL** 1787 (LJL)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 14, 2026, the motion to dismiss is GRANTED with prejudice to repleading; accordingly, the case is closed.

**Dated:** New York, New York

July 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**