USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/28/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, et al., | |
| Plaintiffs, | |
| -v- | 25-cv-1413 (LJL) |
| SEAN DUFFY, et al. | 25-cv-1787 (LJL) |
| Defendants. | ORDER |
| JAKE BLUMENCRANZ, | |
| Plaintiff, | |
| -v- | |
| METROPOLITAN TRANSPORTATION AUTHORITY, et al., | |
| Defendants. | |

LEWIS J. LIMAN, United States District Judge:

The Court will hold an initial pretrial conference in the above-captioned cases on April 9, 2025 at 2 PM.  The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use conference ID# 358639322.  The parties shall be expected to discuss case scheduling including any anticipated motion practice.  The parties shall meet and confer in advance of the conference and shall submit letters no later than April 4, 2025, with proposals as to how the Court should manage these cases.

SO ORDERED.

Dated: March 28, 2025
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge